REBECCA D. EISEN, State Bar No. 96129
THERESA MAK, State Bar No. 211435
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
CBS RADIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SAIDEL,<br><br>Plaintiff,<br><br>vs.<br><br>CBS RADIO, INC., et al.,<br><br>Defendant. | Case No. C 07-02948 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 9, 2007                    MORGAN, LEWIS & BOCKIUS LLP


                                       By _____/S/_____
                                          Rebecca D. Eisen
                                          Attorneys for Defendant CBS RADIO, INC.

1-SF/7572950.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                      DECLINATION TO PROCEED BEFORE
                                       MAGISTRATE JUDGE