UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY SAIDEL and GINA FONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation; CBS CORPORATION, a Delaware corporation; INFINITY BROADCASTING, INC., a Delaware corporation; VIACOM, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C 07-02948 SC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Judge: Hon. Samuel Conti |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and

/ / /

/ / /

/ / /

/ / /

/ / /

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7589563.1

ADR CERTIFICATION BY
PARTIES AND COUNSEL

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: August 29, 2007

_____
ANTHONY M. BONGIORNO
CBS RADIO INC.

DATED: August 30, 2007

MORGAN, LEWIS & BOCKIUS, LLP
REBECCA D. EISEN


     /s/ Rebecca Eisen
_____
REBECCA D. EISEN

Attorneys for Defendants

CBS RADIO INC. (formerly known as "Infinity Broadcasting Corporation"), CBS CORPORATION, INFINITY BROADCASTING CORPORATION (erroneously sued as "Infinity Broadcasting Inc."), and VIACOM INC.