UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SAIDEL and GINA FONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation; CBS CORPORATION, a Delaware corporation; INFINITY BROADCASTING, INC., a Delaware corporation; VIACOM, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C 07-02948 SC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in: Private Mediation.

The parties agree to hold the ADR session by: April 30, 2008.

Dated: August 30, 2007

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By _____/s/_____
Morris J. Baller
Attorney for Plaintiffs
TERRY SAIDEL and GINA FONG

Dated: August 30, 2007

MORGAN, LEWIS & BOCKIUS LLP
THERESA MAK

By _____/s/_____
Theresa Mak
Attorneys for Defendant
CBS RADIO INC. (formerly known as "Infinity Broadcasting Corporation"), CBS CORPORATION, INFINITY BROADCASTING CORPORATION (erroneously sued as "Infinity Broadcasting Inc."), and VIACOM INC.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to Private Mediation.

The parties must participate in a private mediation of this matter no later than April 30, 2008.

IT IS SO ORDERED.

Dated: _____                              _____
                                                 The Honorable Samuel Conti

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7594879.1         2         STIPULATION AND [PROPOSED] ORDER
                                 SELECTING ADR PROCESS