UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SAIDEL and GINA FONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation; CBS CORPORATION, a Delaware corporation; INFINITY BROADCASTING, INC., a Delaware corporation; VIACOM, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C 07-02948 SC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in: Private Mediation.

The parties agree to hold the ADR session by: April 30, 2008.

Dated: August 30, 2007                              GOLDSTEIN, DEMCHAK, BALLER,
                                                    BORGEN & DARDARIAN

                                                    By _____/s/_____
                                                       Morris J. Baller
                                                       Attorney for Plaintiffs
                                                       TERRY SAIDEL and GINA FONG

Dated: August 30, 2007                              MORGAN, LEWIS & BOCKIUS LLP
                                                    THERESA MAK

                                                    By _____/s/_____
                                                       Theresa Mak
                                                       Attorneys for Defendant
                                                       CBS RADIO INC. (formerly known as
                                                       "Infinity Broadcasting Corporation"), CBS
                                                       CORPORATION, INFINITY
                                                       BROADCASTING CORPORATION
                                                       (erroneously sued as "Infinity Broadcasting
                                                       Inc."), and VIACOM INC.

1 **[PROPOSED] ORDER**

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to Private
3 Mediation.

4  The parties must participate in a private mediation of this matter no later than April 30,
5 2008.

6

7 IT IS SO ORDERED.

8
  Dated: __9/4/07_____
9
 
   The Honorable Samuel Conti

1-SF/7594879.1   2   STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco