UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERRY SAIDEL and GINA FONG,
Individually and on behalf of all others
Similarly situated,

        Plaintiffs(s),

v.

CBS Radio, Inc., a Delaware
Corporation; CBS corporation, a
Delaware corporation; INFINITY
BROADCASTING, Inc., a Delaware
corporation; VIACOM, Inc., a Delaware
Corporation; and DOES 1 through 10,
inclusive,

        Defendant(s).

Case No. 07-02948 SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/7/07

Dated: 9/7/07

[Party] Gina Fong

[Counsel] Morris J. Ballo
for plaintiff