UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERRY SAIDEL and GINA FONG,
Individually and on behalf of all others
Similarly situated,

        Plaintiffs(s),

    v.

CBS Radio, Inc., a Delaware
Corporation; CBS corporation, a
Delaware corporation; INFINITY
BROADCASTING, Inc., a Delaware
corporation; VIACOM, Inc., a Delaware
Corporation; and DOES 1 through 10,
inclusive,

        Defendant(s).

Case No.   07-02948 SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned
certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern
District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov
*(Limited printed copies are available from the clerk's office for parties in cases not
subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and
private entities; and

(3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated:   8/4/07

[Party]   Terry Saidel

Dated:   9/5/07

[Counsel]  for Plaintiff