1  REBECCA EISEN, State Bar No. 096129
   THERESA MAK, State Bar No. 211435
2  M. MICHAEL COLE, State Bar No. 235538
   MORGAN, LEWIS & BOCKIUS, LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  reisen@morganlewis.com
   tmak@morganlewis.com
6  mcole@morganlewis.com

7  DARYL S. LANDY, State Bar No. 136288
   MORGAN, LEWIS & BOCKIUS LLP
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA 94306-2212
   Tel: 650.843.4000
10 Fax: 650.843.4001
   dlandy@morganlewis.com
11
   Attorneys for Defendants
12 CBS RADIO INC. (formerly known as "Infinity
   Broadcasting Corporation"), CBS CORPORATION,
13 INFINITY BROADCASTING CORPORATION
   (erroneously sued as "Infinity Broadcasting Inc."),
14 and VIACOM INC.

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  TERRY SAIDEL and GINA FONG, individually and on behalf of all others similarly situated, | Case No. C 07-02948 SC |
| 19 | **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| 20                    Plaintiffs, | |
| 21             vs. | |
| 22  CBS RADIO, INC., a Delaware corporation; CBS CORPORATION, a Delaware corporation; INFINITY BROADCASTING, INC., a Delaware corporation; VIACOM, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| 26                    Defendants. | |

1-SF/7602700.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3-16, and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Defendants CBS RADIO INC., CBS CORPORATION, INFINITY BROADCASTING CORPORATION (erroneously sued as "Infinity Broadcasting Inc."), and VIACOM INC. (collectively, "Defendants" or "CBS") in the above-entitled action hereby aver that CBS Corporation (formerly Viacom Inc.), a publicly-traded company, owns 100% of the stock of Westinghouse CBS Holding Company, Inc., which owns 100% of the stock of CBS Broadcasting Inc., which owns 100% of the stock of CBS Radio Inc. f/k/a Infinity Broadcasting Corporation.

Dated: September 14 , 2007

MORGAN, LEWIS & BOCKIUS LLP

By  /s/
Theresa Mak
Attorneys for Defendants
CBS RADIO INC. (formerly known as "Infinity Broadcasting Corporation"), CBS CORPORATION, INFINITY BROADCASTING CORPORATION (erroneously sued as "Infinity Broadcasting Inc."), and VIACOM INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7602700.1                              1

Case No. C 07-02948 SC
DISCLOSURE OF NON-PARTY
INTERESTED ENTITIES OR PERSONS