UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-2948          SAMUEL CONTI               DATE 9/21/07
Case Number        Judge

Title: TERRY SAIDEL             vs CBS RADIO

Attorneys: AARON KAUFMAN          THERESA MAK
           MORRIS BALLER

Deputy Clerk: T. De Martini    Court Reporter: Sylvia Russo

Court   Pltf's   Deft's
(xxx)   (   )   (   )   1. Status Conference - Held

(   )   (   )   (   )   2.

(   )   (   )   (   )   3.

(   )   (   )   (   )   4.

(   )   (   )   (   )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_____for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____Answer_____Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: Last day to amend pleadings to add parties 1/25/08. Private Mediation to be completed by 3/21/08. Motion to Certify the Class to be filed by 6/27/08.