AARON KAUFMANN, CA Bar No. 148580
DAVID P. POGREL, CA Bar No. 203787
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite 600
Walnut Creek, CA 94596
(925) 932-6006
(925) 932-3412 (fax)
Kaufmann@hinton-law.com

MORRIS J. BALLER, CA Bar No. 048928
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)
mballer@gdblegal.com

MICHAEL SINGER, CA Bar No. 115301
CHRISTOPHER OLSEN, CA Bar No. 236928
COHELAN & KHOURY
605 "C" Street, Suite 200
San Diego, CA 82101
(619) 595-3001
(619) 595-3000 (fax)
MSinger@CK-LawFirm.com

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SAIDEL and CAMILLE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | CLASS ACTION<br><br>Case No.: CV 07-02948-SC<br><br>**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT** |

10542-1

STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT - CASE NO.: CV 07-02948-SC

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiffs may file an Amended Complaint, a copy of which is attached hereto:

IT IS FURTHER STIPULATED that the Defendant waives notice and service of the First Amended Complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be deemed responsive to the amended complaint.

Dated: November 9, 2007

Respectfully submitted,

*Morris J. Baller*

Morris J. Baller
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)
mballer@gdblegal.com

Attorneys for Plaintiffs and the Putative Class

Dated: November 12, 2007

*Theresa Mak*

Theresa Mak
Morgan Lewis & Bockius
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1354
(877) 432-9652 (fax)
tmak@morganlewis.com

Attorneys for Defendant CBS Radio Inc.

///
///
///
///
///
///
///

10542-1

1

STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT - CASE NO.: CV 07-02948-SC

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs be allowed to file a First Amended Complaint.

Dated: _____

_____
THE HONORABLE SAMUEL CONTI