Aaron Kaufmann, Esq., SBN 148580
David P. Pogrel, Esq., SBN 203787
HINTON, ALFERT & SUMNER
1646 N. Calif. Blvd., Suite 600
Walnut Creek, CA 94596
Telephone:  (925) 932-6006
Facsimile:  (925) 932-3412

Morris J. Baller, Esq., SBN 048928
Enrique Martinez, Esq., SBN 206884
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:  (510) 763-9800
Facsimile:  (510) 835-1417

Michael D. Singer, Esq., SBN 115301
Christopher A. Olsen, Esq., SBN 236928
COHELAN & KHOURY
605 C Street, Suite 200
San Diego, CA 92101-5305
Telephone:  (619) 595-3001
Facsimile:  (619) 595-3000

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TERRY SAIDEL and CAMILLE JACKSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C07-2948 SC<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFFS' FIRST AMENDED SPECIAL INTERROGATORIES, SET ONE [L.R. 37-1(a)]**<br><br>Date:         To Be Set<br>**Judge:       To Be Referred to a Magistrate Judge**<br>Time:         To Be Set<br>Complaint filed:   May 3, 2007<br>Trial Date:        None set |

**TO CBS RADIO, INC. AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT ON _____, 2008 at ___ a.m./p.m. or as soon thereafter as the matter may be heard in this above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Terry Saidel and Camille Jackson will and hereby do move this Court for an order compelling Defendant CBS RADIO, INC. ("CBS") to further respond to Plaintiffs' First Amended Special Interrogatories, Set One as follows: (1) respond to Interrogatory Numbers 1, 2, and 4 by providing the names, last known addresses and telephone numbers for current and former putative class members, and former supervisors of putative class members; and (2) respond to Interrogatory Number 3 by providing the names of current supervisors of putative class members. This motion is made on the grounds that the information sought is relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to provide such information is without justification.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declaration of David Pogrel and exhibits attached thereto (including the interrogatories and responses thereto) filed herewith.

DATED: February 21, 2008.

        HINTON, ALFERT & SUMNER
        GOLDSTEIN, DEMCHAK, BALLER,
          BORGEN & DARDARIAN
        COHELAN & KHOURY

By _____
DAVID P. POGREL
Attorneys for Plaintiffs and the Putative Class