EXHIBIT "7"

## David P. Pogrel

**From:** David P. Pogrel
**Sent:** Tuesday, November 27, 2007 7:36 PM
**To:** 'tmak@morganlewis.com'
**Cc:** Aaron Kaufmann; mballer@gdblegal.com; 'MSinger@CK-LawFirm.com'; 'TCohelan@CK-LawFirm.com'; 'COlsen@CK-LawFirm.com'
**Subject:** RE: Saidel v. CBS Radio

Theresa-

To follow up on our call this afternoon. I was able to contact my co-counsel. Like me, they were dissapointed to hear that CBS will not consider producing even an agreed upon sample of supervisor contact information, despite plaintiffs' agreeing to limit the sample to former supervisors. As stated in my recent letter and as I told you on our call, our position is that the AEs supervisors are key witnesses in this case who can provide highly relevent testimony on CBS's expense reimbursement policies and procedures; CBS is not entitled to exclusive access to these witnesses. The managers are particularly important given that CBS is taking the position that the practices varied station-to-station. We will file a motion to compel this information and seek all the contact information for current and former supervisors. Please let me know if your client changes its position on this issue as we will now be spending time preparing our motion.

Fortunately this roadblock will not kill our deal. Plaintiffs will still provide the agreed-upon documents, subject to the mediation privilege, in exchange for contact information for a sample of 50 current and former CBS Account Execs. As we discussed, the sample should include AEs from a variety of CBS locations statewide. In making this agreement, neither side waives any right to bring a motion to compel full production, but will not move on any of these items over the next few weeks as we focus on depos. Please confirm this is acceptable to you and let me know when you can provide this information. I will arrange delivery of the the documents we have discussed for the same time you can provide the class member contact information. Mike Baller will be contacting you about producing Camille Jackson's documents after he receives them (they are expected tomorrow).

Please feel free to contact me if you have any questions or if your client reconsiders its position on the supervisor contact information.

Thanks

Dave

**From:** tmak@morganlewis.com [mailto:tmak@morganlewis.com]
**Sent:** Monday, November 19, 2007 11:42 AM
**To:** David P. Pogrel
**Cc:** Aaron Kaufmann; mballer@gdblegal.com
**Subject:** Re: Saidel v. CBS Radio

David - I apologize for the incorrect fax number. Obviously, one of our assistants must have mistakenly put the wrong number on the cover sheet.

If it would be easier, feel free to give me a call to discuss the various pending issues. If getting back to us before the Thanksgiving holidays is a challenge, perhaps we can discuss at the beginning of next week. I asked to hear back before Thanksgiving mainly because I understand you guys wish to resolve the issues, or at least know where both parties stand, ASAP. I was just working backwards with the assumption we would be moving forward with depositions in the next 2-3 weeks.

Thanks.

Theresa Mak, Esq.
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
415.442.1354
Fax: 877.432.9652
tmak@morganlewis.com
www.morganlewis.com

use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential.  If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

2/20/2008