EXHIBIT "11"

## David P. Pogrel

**From:** tmak@morganlewis.com
**Sent:** Thursday, February 14, 2008 4:01 PM
**To:** David P. Pogrel
**Cc:** COlsen@CK-LawFirm.com; Aaron Kaufmann; mballer@gdblegal.com; msinger@ck-lawfirm.com; reisen@morganlewis.com
**Subject:** RE: Saidel v. CBS - Meet and Confer


Dave - Your proposal regarding the TREX data and the 2003 reimbursement forms is acceptable to us.

However, we disagree with you regarding the contact information. As the parties have discussed on several occasions, we will work together to schedule the opposition and reply briefing, as well as the hearing, on your anticipated motion to compel after the mediation.

Thanks,

Theresa Mak, Esq.
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
415.442.1354
Fax: 877.432.9652
tmak@morganlewis.com
www.morganlewis.com