Aaron Kaufmann, Esq., SBN 148580
David P. Pogrel, Esq., SBN 203787
HINTON, ALFERT & SUMNER
1646 N. Calif. Blvd., Suite 600
Walnut Creek, CA 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412

Morris J. Baller, Esq., SBN 048928
Enrique Martinez, Esq., SBN 206884
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Michael D. Singer, Esq., SBN 115301
Christopher A. Olsen, Esq., SBN 236928
COHELAN & KHOURY
605 C Street, Suite 200
San Diego, CA 92101-5305
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TERRY SAIDEL and CAMILLE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-2948 SC<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFFS' FIRST AMENDED SPECIAL INTERROGATORIES, SET ONE**<br><br>Date:            To Be Set<br>**Judge:          To Be Referred to a Magistrate Judge**<br>Time:            To Be Set<br>Complaint filed: May 3, 2007<br>Trial Date:      None set |

1  This matter came on hearing on _____, 2008, before the honorable
2  Magistrate Judge _____. Plaintiffs and Defendants
3  appeared at the hearing through counsel of record. The Court, after full
4  consideration of all the papers submitted in support of and opposition to the motion,
5  as well as the arguments of counsel, decides as follows:
6  IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Further
7  Responses to Plaintiffs' First Amended Special Interrogatories, Set One, is
8  GRANTED.

### I.  Interrogatory Numbers 1, 2 and 4

Defendant CBS Radio, Inc. shall, no later than _____, provide Plaintiffs with the names, last known addresses and telephone numbers for current and former putative class members, and former supervisors, in response to Plaintiffs' First Amended Special Interrogatories, Set One, Numbers 1, 2 and 4.

### II.  Interrogatory Number 3

Defendant CBS Radio, Inc. shall, no later than _____, provide Plaintiffs with the names for all current supervisors of putative class members, in response to Plaintiffs' First Amended Special Interrogatories, Set One, Number 3.

Dated: _____

_____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT