1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   TERRY SAIDEL, et al.,                          No. C-07-2948-SC

10              Plaintiff,                          **ORDER OF REFERENCE TO
                                                    A MAGISTRATE JUDGE**
11      v.

12  CBS RADIO, INC.,

13              Defendant.

14  _____/

15

16

17      Pursuant to Civil Local Rule 72-1,  IT IS HEREBY ORDERED that  <u>Plaintiff's Motion to

18  Compel Further Responses to Plaintiffs' First Amended Special Interrogatories, Set One</u> and all

19  further discovery matters are referred to a Magistrate Judge to be heard and considered at the

20  convenience of his or her calendar. Counsel will be advised of the date, time and place of the

21  hearing by notice from the assigned Magistrate Judge.

22

23

24      **IT IS SO ORDERED.**

25

26                                                 _____
Dated: February 22, 2008
27                                                 SAMUEL CONTI
                                                   UNITED STATES DISTRICT JUDGE
28

**United States District Court**
For the Northern District of California