# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C07-2948 SC (JCS)**

**CASE NAME: Terry Saidel, et al v. CBS Radio, Inc.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE: March 6, 2007    TIME: 1.5 hrs** | **COURT REPORTER: Not recorded** |
| **COUNSEL FOR PLAINTIFF:**<br>David P. Pogrel & Aaron D. Kaufmann | **COUNSEL FOR DEFENDANT:**<br>Rebecca Eisen |

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE     ☐ FURTHER SETTLEMENT CONFERENCE

X  DISCOVERY CONFERENCE - Held.

☐ STATUS CONFERENCE RE: ____

☐ TELEPHONIC CONFERENCE RE: ____

☐ OTHER: ____

CASE CONTINUED TO: ____ FOR ____

NOTES:

Parties have resolved their discovery dispute and will submit a stipulation to the Court.

cc:    Chambers