1  Aaron Kaufmann, Esq., SBN 148580
   David P. Pogrel, Esq., SBN 203787
2  HINTON, ALFERT & SUMNER
   1646 N. Calif. Blvd., Suite 600
3  Walnut Creek, CA 94596
   Telephone:   (925) 932-6006
4  Facsimile:   (925) 932-3412

5  Morris J. Baller, Esq., SBN 048928
   GOLDSTEIN, DEMCHAK, BALLER,
6       BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
7  Oakland, CA 94612
   Telephone:   (510) 763-9800
8  Facsimile:   (510) 835-1417

9  Michael D. Singer, Esq., SBN 115301
   Christopher A. Olsen, Esq., SBN 236928
10 COHELAN & KHOURY
   605 C Street, Suite 200
11 San Diego, CA 92101-5305
   Telephone:   (619) 595-3001
12 Facsimile:   (619) 595-3000

13 Attorneys for Plaintiffs and the Putative Class

FILED
APR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TERRY SAIDEL and CAMILLE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-2948 SC<br><br>[PROPOSED] ORDER DISMISSING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES<br><br>Complaint filed:  May 3, 2007<br>Trial Date:      None set |

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

☐ Plaintiffs' Motion to Compel Further Responses to Plaintiffs' First Amended Special Interrogatories, Set One is dismissed, without prejudice.

☒ Plaintiffs' Motion to Compel Further Responses to Plaintiffs' First Amended Special Interrogatories, Set One is dismissed, without prejudice, except that plaintiffs may refile their motion only after the Court's ruling on Plaintiffs' Motion for Class Certification.

DATED: 4/14/08

_____
MAGISTRATE JUDGE JOSEPH C. SPERO