REBECCA EISEN, State Bar No. 096129
THERESA MAK, State Bar No. 211435
M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
reisen@morganlewis.com
tmak@morganlewis.com
mcole@morganlewis.com

DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
dlandy@morganlewis.com

Attorneys for Defendants
CBS RADIO INC. (formerly known as "Infinity
Broadcasting Corporation"), CBS CORPORATION,
INFINITY BROADCASTING CORPORATION
(erroneously sued as "Infinity Broadcasting Inc."),
and VIACOM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY SAIDEL and GINA FONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation; CBS CORPORATION, a Delaware corporation; INFINITY BROADCASTING, INC., a Delaware corporation; VIACOM, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No. C07-2948 SC<br><br>**JOINT STIPULATION TO CONTINUE FILING DEADLINE FOR MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Samuel Conti |

JOINT STIPULATION TO CONTINUE FILING DEADLINE FOR MOTION FOR CLASS CERTIFICATION

1    1.    WHEREAS, by Order dated September 21, 2007, the Court ordered that Plaintiffs

2    file their Motion for Class Certification by June 27, 2008;

3    2.    WHEREAS, the parties to the above-captioned action participated in a mediation

4    session on March 12, 2008 before Mediator Mark Rudy in San Francisco;

5    3.    WHEREAS, the parties have scheduled a second mediation session with Mediator

6    Mark Rudy for May 21, 2008 to further discuss settlement of this action;

7    4.    WHEREAS the parties believe that a continuance of the deadline to file a Motion

8    for Class Certification would preserve the status quo and allow the parties to focus their efforts on

9    settlement discussions;

10    THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and

11    jointly move the Court for the following briefing and hearing schedule for the Motion for Class

12    Certification:

13    a.    Motion for Class Certification shall be due August 15, 2008;

14    b.    Opposition to Motion for Class Certification shall be due August 29, 2008;

15    c.    Reply papers shall be due September 5, 2008; and

16    d.    Hearing shall be held on September 19, 2008 or as soon thereafter as the Court

17    deems convenient.

18    MORRIS J. BALLER, CA Bar No. 048928
      GOLDSTEIN, DEMCHAK, BALLER,
19        BORGEN & DARDARIAN
      300 Lakeside Drive, Suite 1000
20    Oakland, CA 94612
      (510) 763-9800
21    (510) 835-1417 (fax)

22    AARON KAUFMANN, CA Bar No. 148580
      Kaufmann@hinton-law.com
23    DAVID P. POGREL, CA Bar No. 203787
      HINTON, ALFERT & SUMNER
24    1646 N. California Blvd., Suite 600
      Walnut Creek, CA 94596
25    (925) 932-6006
      (925) 932-3412 (fax)
26

27

28

MICHAEL D. SINGER
msinger@ck-lawfirm.com
COHELAN & KHOURY
605 "C" Street, Suite 200
San Diego, CA  92101-5305
(619) 595-3001
(619) 595-3000 (fax)

Dated: May 8, 2008

By: ___/ s/  Morris J. Baller_____
      Morris J. Baller


ATTORNEY FOR PLAINTIFFS


REBECCA EISEN, CA Bar No. 096129
reisen@morganlewis.com
THERESA MAK, CA Bar No. 211435
MORGAN LEWIS
One Market
Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
(415) 442-1001 (fax)

Dated: May 8, 2008

By: ___/ s/  Rebecca Eisen_____
      Rebecca Eisen

ATTORNEYS FOR DEFENDANTS


## ORDER

IT IS SO ORDERED.


Dated: _____, 2008

_____
The Honorable Samuel Conti
United States District Judge