1  REBECCA EISEN, State Bar No. 096129
   THERESA MAK, State Bar No. 211435
2  M. MICHAEL COLE, State Bar No. 235538
   MORGAN, LEWIS & BOCKIUS, LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  reisen@morganlewis.com
   tmak@morganlewis.com
6  mcole@morganlewis.com

7  DARYL S. LANDY, State Bar No. 136288
   MORGAN, LEWIS & BOCKIUS LLP
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA 94306-2212
   Tel: 650.843.4000
10 Fax: 650.843.4001
   dlandy@morganlewis.com

12 Attorneys for Defendants
   CBS RADIO INC. (formerly known as "Infinity
13 Broadcasting Corporation"), CBS CORPORATION,
   INFINITY BROADCASTING CORPORATION
14 (erroneously sued as "Infinity Broadcasting Inc."),
   and VIACOM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY SAIDEL and GINA FONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation; CBS CORPORATION, a Delaware corporation; INFINITY BROADCASTING, INC., a Delaware corporation; VIACOM, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No. C07-2948 SC<br><br>**JOINT STIPULATION TO CONTINUE FILING DEADLINE FOR MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Samuel Conti |

1.     WHEREAS, by Order dated September 21, 2007, the Court ordered that Plaintiffs file their Motion for Class Certification by June 27, 2008;

2.     WHEREAS, the parties to the above-captioned action participated in a mediation session on March 12, 2008 before Mediator Mark Rudy in San Francisco;

3.     WHEREAS, the parties have scheduled a second mediation session with Mediator Mark Rudy for May 21, 2008 to further discuss settlement of this action;

4.     WHEREAS the parties believe that a continuance of the deadline to file a Motion for Class Certification would preserve the status quo and allow the parties to focus their efforts on settlement discussions;

THEREFORE, the parties, by and through their counsel of record, hereby stipulate, and jointly move the Court for the following briefing and hearing schedule for the Motion for Class Certification:

    a.     Motion for Class Certification shall be due August 15, 2008;

    b.     Opposition to Motion for Class Certification shall be due August 29, 2008;

    c.     Reply papers shall be due September 5, 2008; and

    d.     Hearing shall be held on September 19, 2008 or as soon thereafter as the Court deems convenient.

MORRIS J. BALLER, CA Bar No. 048928
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

AARON KAUFMANN, CA Bar No. 148580
Kaufmann@hinton-law.com
DAVID P. POGREL, CA Bar No. 203787
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite 600
Walnut Creek, CA 94596
(925) 932-6006
(925) 932-3412 (fax)

|   |   |
|---|---|
| | MICHAEL D. SINGER |
| | msinger@ck-lawfirm.com |
| | COHELAN & KHOURY |
| | 605 "C" Street, Suite 200 |
| | San Diego, CA 92101-5305 |
| | (619) 595-3001 |
| | (619) 595-3000 (fax) |
| Dated: May 8, 2008 | |
| | By: / s/ Morris J. Baller |
| | Morris J. Baller |
| | |
| | ATTORNEY FOR PLAINTIFFS |
| | |
| | REBECCA EISEN, CA Bar No. 096129 |
| | reisen@morganlewis.com |
| | THERESA MAK, CA Bar No. 211435 |
| | MORGAN LEWIS |
| | One Market |
| | Spear Street Tower |
| | San Francisco, CA 94105 |
| | (415) 442-1000 |
| | (415) 442-1001 (fax) |
| Dated: May 8, 2008 | |
| | By: / s/ Rebecca Eisen |
| | Rebecca Eisen |
| | |
| | ATTORNEYS FOR DEFENDANTS |

**ORDER**

IT IS SO ORDERED.

Dated: _____May 9_____, 2008

_____
The Honorable
United States

IT IS SO ORDERED
/s/ Judge Samuel Conti