AARON KAUFMANN, CA Bar No. 148580
DAVID P. POGREL, CA Bar No. 203787
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite 600
Walnut Creek, CA  94596
(925) 932-6006
(925) 932-3412 (fax)
Kaufmann@hinton-law.com

MORRIS J. BALLER, CA Bar No. 048928
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)
mballer@gdblegal.com

MICHAEL SINGER, CA Bar No. 115301
DIANA M. KHOURY, CA Bar No. 128643
CHRISTOPHER OLSEN, CA Bar No. 236928
COHELAN & KHOURY
605 "C" Street, Suite 200
San Diego, CA  82101
(619) 595-3001
(619) 595-3000 (fax )
msinger@ck-lawFirm.com

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SAIDEL and CAMILLE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  CV 07-02948-SC<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**<br><br>Date: August 15, 2008<br>Time: 10:00 a.m.<br>Courtroom: One<br>Hon. Samuel L. Conti<br>Complaint Filed: May 3, 2007<br>Trial Date: None set |

**TO:    ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on August 15, 2008 at 10:00 a.m. before Honorable Samuel Conti, District Court Judge, in Courtroom 1 of the above-entitled Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, Plaintiffs Terry Saidel and Camille Jackson, individually on behalf of themselves, and all others similarly situated, will move this Court for an Order for the following:

1. Granting Preliminary Approval of the Class Action Settlement as set forth more particularly in the "Joint Stipulation of Class Action Settlement and Release" ("Settlement Agreement") attached as Exhibit "1" to the Declaration of Michael D. Singer filed and served concurrently with this motion;

2. Approving the Notice of Class Action Settlement to be mailed to the Settlement Class, which sets forth a schedule and procedure for the filing of claim forms to participate in the settlement, requests for exclusion, and objections to the settlement. The Notice of Class Action Settlement and Claim Form are attached to the above-referenced Settlement Agreement;

3. Conditionally certifying the above-captioned case as a class action for settlement purposes only; and

4. Setting a Fairness Hearing to consider Final Approval of the Settlement.

This motion is made on the grounds that the Parties have reached a proposed settlement which they believe to be fair, reasonable and adequate and in the best interests of the class and all Parties. The proposed settlement provides a complete plan for notifying the class of the proposed settlement herein, timing of class member objections, requests for exclusion, submission of claim forms, class member challenges, and distribution of individual settlement payments upon this Court's Final Approval.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support thereof, Declaration of Michael D. Singer, the Settlement Agreement and its exhibits, and the [Proposed] Order Granting Preliminary Approval of the Class Action Settlement filed and served

1  herewith, and any other documents or evidence which the Court may consider at the hearing of this
2  motion.

3  Dated: July 11, 2008                    Respectfully submitted,

/s/ Diana M. Khoury
Morris J. Baller
Enrique Martinez
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510)  763-9800
(510)  835-1417 (fax)
mballer@gdblegal.com
emartinez@gdblegal.com

Aaron Kaufmann
David P. Pogrel
Hinton, Alfert & Sumner
1646 N. California Blvd., Suite 600
Walnut Creek, CA  94596
(925) 932-6006
(925) 932-3412 (fax)
Kaufmann@hinton-law.com
Pogrel@hinton-law.com

Michael D. Singer
Diana M. Khoury
Christopher A. Olsen
Cohelan & Khoury
605 C Street, Suite 200
San Diego, California  92101
(619) 595-3000
(619) 595-3001 (fax)
msinger@ck-lawfirm.com
dkhoury@ck-lawfirm.com
caolsen@ck-lawfirm.com

Attorneys for Plaintiffs and the Putative Class