1  Aaron Kaufmann, Esq., SBN 148580
   David P. Pogrel, Esq., SBN 203787
2  HINTON, ALFERT & SUMNER
   1646 N. Calif. Blvd., Suite 600
3  Walnut Creek, CA 94596
   Telephone:    (925) 932-6006
4  Facsimile:     (925) 932-3412
   kaufmann@hinton-law.com
5
   Morris J. Baller, Esq., SBN 048928
6  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
7  Oakland, CA 94612
   Telephone:    (510) 763-9800
8  Facsimile:     (510) 835-1417
   mballer@gdblegal.com
9
   Isam C. Khoury, Esq., SBN 58769
10 Michael D. Singer, Esq., SBN 115301
   Diana M. Khoury, Esq., SBN 128643
11 Christopher A. Olsen, Esq., SBN 236928
   COHELAN & KHOURY
12 605 C Street, Suite 200
   San Diego, CA 92101-5305
13 Telephone:    (619) 595-3001
   Facsimile:     (619) 595-3000
14 msinger@ck-lawfirm.com

15 Attorneys for Plaintiffs and the Putative Class

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                          **(SAN FRANCISCO DIVISION)**

19

| | |
|---|---|
| TERRY SAIDEL and CAMILLE JACKSON, individually on behalf of all others similarly situated, | Case No. C07-02948 SC (JCS) |
| | [CLASS ACTION] |
| Plaintiffs, | **DECLARATION OF SERVICE RE: MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING** |
| v. | |
| CBS RADIO, INC., a Delaware Corporation and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | Date: August 15, 2008 |
| | Time: 10:00 a.m. |
| | Courtroom: One |
| | Hon. Samuel L. Conti |
| | Complaint Filed: May 3, 2007 |
| | Trial Date: None set |

DECLARATION OF SERVICE                                                    Case No. C07-02948- SC

I am employed in the County of San Diego, State of California. I am Over the age of 18 and not a party th this action. My business address is 605 "C" Street, Suite. 200, San Diego, CA 92101.

On July 11, 2008, I instituted service of the forgoing document(s) described as

[1]  **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**

[2]  **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

[3]  **DECLARATION OF MICHAEL D. SINGER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**

[4]  **[PROPOSED] ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION AS A CLASS ACTION, SETTING OF A FAIRNESS DETERMINATION HEARING AND APPROVAL OF NOTICE TO CLASS**

on the following parties:

**Co-Counsel for Plaintiff:**
Aaron Kaufmann, Esq.
David P. Pogrel, Esq.
HINTON, ALFERT & SUMNER
1646 N. Calif. Blvd., Suite 600
Walnut Creek, CA 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412

**Co-Counsel for Plaintiff:**
Morris J. Baller, Esq.
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

**Defense Counsel:**
Rebecca Eisen, Esq.
Theresa Mak, Esq.
M. Michael Cole, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Defense Counsel:**
Daryl S. Landy, Esq.
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

///

///

DECLARATION OF SERVICE     -1-     Case No. C07-02948- SC

1 | in the following manner:
2 | __x__ Submitting an electronic version of the document(s) via portable document format
3 | (PDF) to the court at https://ecf.cand.uscourts.gov.
4 | Service will be deemed effective as provided for by General Order 45 of the District
5 | Court of California, Northern District.
6 | I declare that I am employed in the office of a member of the bar of this court at whose
7 | direction this service is made.
8 | Executed July 11, 2008, at San Diego, California.

Matthew Atlas