Aaron Kaufmann, Esq., SBN 148580
David P. Pogrel, Esq., SBN 203787
HINTON, ALFERT & SUMNER
1646 N. Calif. Blvd., Suite 600
Walnut Creek, CA 94596
Telephone:    (925) 932-6006
Facsimile:    (925) 932-3412
kaufmann@hinton-law.com

Morris J. Baller, Esq., SBN 048928
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:    (510) 763-9800
Facsimile:    (510) 835-1417
mballer@gdblegal.com

Timothy D. Cohelan, Esq., SBN 60827
Isam C. Khoury, Esq., SBN 58769
Michael D. Singer, Esq., SBN 115301
Diana M. Khoury, Esq., SBN 128643
COHELAN & KHOURY
605 C Street, Suite 200
San Diego, CA 92101-5305
Telephone:    (619) 595-3001
Facsimile:    (619) 595-3000
msinger@ck-lawfirm.com

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY SAIDEL and CAMILLE JACKSON, individually on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CBS RADIO, INC., a Delaware Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-02948 SC (JCS)<br><br>[CLASS ACTION]<br><br>SUPPLEMENTAL DECLARATION OF MICHAEL D. SINGER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING<br><br>Date:    August 15, 2008<br>Time:    10:00 a.m.<br>Courtroom:    One<br>    Hon. Samuel L. Conti<br>Complaint Filed:    May 3, 2007<br>Trial Date:    None set |

I, MICHAEL D. SINGER, declare as follows:

1. I am managing partner with the law firm of Cohelan & Khoury, co-counsel of record for Plaintiffs and the putative class in this matter. I am duly admitted to practice before all the courts of the State of California. The following facts are within my personal knowledge and if called to testify I could and would competently testify thereto.

1. Plaintiffs' Motion for Preliminary Approval of Class Action Settlement was filed with this Court on July 11, 2008.

2. The Joint Stipulation of Class Action Settlement and Release, ("Joint Stipulation") attached as Exhibit "1" to the Declaration of Michael D. Singer in Support of Motion for Preliminary Approval was not fully executed. Rather than merely filing the remaining signature pages to make the Joint Stipulation complete, it is now being replaced by that which is attached hereto and incorporated herein, as Exhibit "1." This Joint Stipulation is now fully executed. There were no substantive changes made to the Joint Stipulation.

3. The Notice of Class Action Settlement previously attached to the Joint Stipulation as Exhibit "A," (and again attached as Exhibit "A" to the Joint Stipulation) was also revised to correct numerous punctuation and grammatical mistakes. There were no substantive changes made to the Notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on July 17, 2008, at San Diego, California.

/s/ Michael D. Singer
Michael D. Singer

SUPPLEMENTAL DECLARATION OF MICHAEL D. SINGER ISO
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT
-1-

CASE NO. C07-02948- SC