# EXHIBIT C

## (POSTCARD REMINDER)

## **Postcard Reminder**
## **Claims Deadline:** ▨▨▨▨▨▨▨▨

Dear Class Member:

On ▨▨▨▨▨ 2008, you were mailed a Notice of Pending Class Action Settlement and Claim Form. We have not received either a completed and signed Claim Form or a request by you for exclusion from the class action settlement and the deadline to act is quickly approaching.

If you want to participate in the settlement and to receive your share of the Settlement proceeds, you must postmark your Claim Form by First Class U.S. mail no later than ▨▨▨▨▨▨▨▨, and mail to

CBS RADIO ACCOUNT EXECUTIVE CLASS ACTION CLAIMS
ADMINISTRATOR
Simpluris, Inc.
Class Action Settlement
Administration Services
3176 Pullman Street, Suite 123
Costa Mesa, CA 92626

If you want to participate in the settlement and have lost the Notice and/or Claim Form, you must immediately call the Claims Administrator at 1-▨▨▨▨▨▨ to request that another Notice and individualized Claim Form be sent to you. If you fail to timely return a signed Claim Form, you will not receive any money from the settlement but you will be bound by its terms (unless you file a valid Request for Exclusion).

Again, to receive your share of the settlement, you must post-mark your Claim Form, on or before ▨▨▨▨▨▨, **2008.**

Sincerely,

CBS Radio Account Executive Class Action Claims Administrator

Questions? Call 1-8▨▨▨▨▨▨▨ Toll Free