Aaron Kaufmann, Esq., SBN 148580
David P. Pogrel, Esq., SBN 203787
HINTON, ALFERT & SUMNER
1646 N. Calif. Blvd., Suite 600
Walnut Creek, CA 94596
Telephone:   (925) 932-6006
Facsimile:    (925) 932-3412
kaufmann@hinton-law.com

Morris J. Baller, Esq., SBN 048928
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:   (510) 763-9800
Facsimile:    (510) 835-1417
mballer@gdblegal.com

Timothy D. Cohelan, Esq., SBN 60827
Isam C. Khoury, Esq., SBN 58769
Michael D. Singer, Esq., SBN 115301
Diana M. Khoury, Esq., SBN 128643
COHELAN & KHOURY
605 C Street, Suite 200
San Diego, CA 92101-5305
Telephone:   (619) 595-3001
Facsimile:    (619) 595-3000
msinger@ck-lawfirm.com

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SAIDEL and CAMILLE JACKSON, individually on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CBS RADIO, INC., a Delaware Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-02948 SC (JCS)<br><br>[CLASS ACTION]<br><br>DECLARATION OF SERVICE RE: SUPPLEMENTAL DECLARATION OF MICHAEL D. SINGER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING<br><br>Date:        August 15, 2008<br>Time:        10:00 a.m.<br>Courtroom:   One<br>             Hon. Samuel L. Conti<br>Complaint Filed:  May 3, 2007<br>Trial Date:       None set |

---

DECLARATION OF SERVICE                                    Case No. C07-02948- SC

I am employed in the County of San Diego, State of California. I am Over the age of 18 and not a party th this action. My business address is 605 "C" Street, Suite. 200, San Diego, CA 92101.

On July 17, 2008, I instituted service of the forgoing document(s) described as:

[1] **SUPPLEMENTAL DECLARATION OF MICHAEL D. SINGER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**

on the following parties:

**Co-Counsel for Plaintiff:**
Aaron Kaufmann, Esq.
David P. Pogrel, Esq.
HINTON, ALFERT & SUMNER
1646 N. Calif. Blvd., Suite 600
Walnut Creek, CA 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412

**Co-Counsel for Plaintiff:**
Morris J. Baller, Esq.
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

**Defense Counsel:**
Rebecca Eisen, Esq.
Theresa Mak, Esq.
M. Michael Cole, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Defense Counsel:**
Daryl S. Landy, Esq.
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

in the following manner:

__x__ Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.cand.uscourts.gov.

Service will be deemed effective as provided for by General Order 45 of the District Court of California, Northern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed July 17, 2008, at San Diego, California.

*/s/ Matthew Atlas*
Matthew Atlas

---

DECLARATION OF SERVICE    -1-    Case No. C07-02948- SC