AARON KAUFMANN, CA Bar No. 148580
DAVID P. POGREL, CA Bar No. 203787
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite 600
Walnut Creek, CA 94596
(925) 932-6006
(925) 932-3412 (fax)
Kaufmann@hinton-law.com

MORRIS J. BALLER, CA Bar No. 048928
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)
mballer@gdblegal.com

MICHAEL SINGER, CA Bar No. 115301
DIANA M. KHOURY, CA Bar No. 128643
CHRISTOPHER OLSEN, CA Bar No. 236928
COHELAN & KHOURY
605 "C" Street, Suite 200
San Diego, CA 82101
(619) 595-3001
(619) 595-3000 (fax)
msinger@ck-lawFirm.com

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SAIDEL and CAMILLE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS RADIO, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 07-02948-SC<br><br>CLASS ACTION<br><br>**DECLARATION OF DAVID POGREL IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**<br><br>Date:            August 15, 2008<br>Time:           10:00 a.m.<br>Courtroom:  One<br>                      Hon. Samuel L. Conti<br>Complaint Filed: May 3, 2007<br>Trial Date:    None set |

I, David Pogrel, declare as follows:

1. I am a member in good standing of the Bar of the State of California and a associate in the law firm of Hinton, Alfert & Sumner ("Hinton firm"), counsel for the named plaintiffs and the settlement class in this action. This declaration is in support of the motion for preliminary approval of the class action settlement. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2. This declaration is given to accompany the Amended Proposed Order for Preliminary Approval ("Amended Order") that is being contemporaneously filed herewith. The previous proposed order, electronically filed with this Court on July 11, 2008, contained an error in one of the dates that Plaintiffs proposed for the administration of the proposed settlement. The incorrect date is the proposed deadline for class members to file their claim forms with the settlement administrator in order to participate in the settlement, listed as item (e) on page 5 of the order.

3. The Amended Order corrects the proposed date for the deadline for claim filing – changing it from October 31, 2008 to October 27, 2008, and also changes the associated number of days from notice mailing to claim filing from 63 to 59. These changes have been made in paragraph (e) on page 5 of the Amended Order. There are no other changes from the original proposed order to the concurrently-filed Amended Order.

4. The October 27, 2008 date is consistent with the other filing deadlines proposed for the class – to object to or exclude themselves from the settlement. This date should also allow sufficient time for plaintiffs to file our final approval motion on the proposed date of October 30, 2008.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct, and that this Declaration was executed this 14th day of August 2008, in Walnut Creek, California.



David Pogrel

2
DECLARATION OF DAVID POGREL IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED SETTLEMENT, CONDITIONAL CLASS CERTIFICATION, APPROVAL OF CLASS
NOTICE, AND SETTING OF FINAL APPROVAL HEARING- CASE NO.: CV 07-02948-SC